D. C. Ketchem, appellee, v. Troy and Company, appellant.
E. H. McMichael, appellee, v. Troy and Company, appellant. Gen. Nos. 33,106–33,107.

Opinion filed March 26, 1929.

Newby & Murphy, for appellant; Harry A. Newby, John K. Murphy and Geo. M. Burditt, of counsel. James Hamilton Lewis, Archie H. Cohen and Frank C. Leviton, for appellee; James Hamilton Lewis, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.